No. 13, original. Ex parte Heymann et al. Certiorari, *post,* p. 663, to the Circuit Court of Appeals for the Seventh Circuit. Argued November 11, 12, 1937. Decided November 22, 1937. *Per Curiam:* After hearing argument the Court is of the opinion that it does not appear from the record that the Circuit Court of Appeals abused its discretion in refusing leave to appeal. The writ of certiorari is accordingly dismissed. *Mr. Walter E. Wiles,* with whom *Mr. John M. Lee* was on the brief, for petitioners. *Mr. Irving H. Flamm,* with whom *Mr. Meyer Abrams* was on the brief, for respondents.

No. —. Ex parte Paysoff Tinkoff. Petition to extend time to file petition for certiorari. Decided November 22, 1937. *Per Curiam:* The petition is denied. *Finn* v. *Railroad Commission,* 286 U. S. 559.

No. —, original. Ex parte Floyd Scrum. November 22, 1937. The motion for leave to file a petition for writ of habeas corpus is denied, without prejudice to appropriate application to the United States District Court for the Northern District of Georgia.